IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELISSA A. HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04CV749-T |
| | ) | [WO] |
| BARBOUR COUNTY, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

The court now considers the defendant's Motion To Compel plaintiff's response to its Second Set of Interrogatories, filed on 16 June 2005 (Doc. # 50). The "Second Set" actually consists of only one interrogatory:

> Please state specifically and in detail the reason you deny and of
>
> the Defendants' Second Request for Admission of Fact served
>
> in this action.

(Doc. # 50, Exh. A).

On this date, the court has entered an order resolving the defendants' motion to deem defendants' second request for admissions as admitted. The court OVERRULED the plaintiff's similar objections based on untimeliness. The court directed the plaintiff to respond, without objection, to items 5, 6, 7, and 8 of the Requests For Admission. The court also FINDS that the plaintiff's objections based on work product are similarly meritless.

Accordingly, it is ORDERED as follows:

1. The defendant's motion to compel is GRANTED, provided however, that the plaintiff's responses shall be limited to (a) items 5, 6, 7, and 8 of the defendant's Second Request for Admissions; and (b) the items actually denied.

2. On or before 14 July 2005, the plaintiff shall serve her responses, if any, to the motion to compel upon counsel for the defendants. If there are no responses to any one or more of the items above, counsel for the plaintiff shall certify that fact to counsel for the defendants in writing.

3. On or before 18 July 2005, counsel for the defendants shall notify the Clerk of the court in writing that the responses have been served.

DONE this 6th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE