IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MELISSA A. HUNTER,           )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )      2:04cv749-T
                             )
BARBOUR COUNTY, ALABAMA,     )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

By agreement of the parties at the pretrial conference on July 19, 2005, it is ORDERED as follows:

(1) Defendant Barbour County Sheriff's Department is dismissed with prejudice.

(2) Defendant Barbour County Sheriff's Department's motions to dismiss (Doc. Nos. 6 and 20) are denied as moot.

(3) Because plaintiff Melissa Hunter is no longer seeking prospective injunctive relief, her § 1983 claim against defendant Marshall Williams in his

      **official capacity as the Barbour County sheriff is dismissed.**

**(4) Plaintiff Hunter's constructive discharge claim is dismissed without prejudice.**

**DONE, this the 3rd day of August, 2005.**

                                      <u>**/s/ Myron H. Thompson**</u>
                                      **UNITED STATES DISTRICT JUDGE**