**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **MELISSA A. HUNTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:04cv749-T** |
| ) | **(WO)** |
| **MARSHALL J. WILLIAMS, JR.,** ) | |
| **JEAN HARTZOG, and GEORGE** ) | |
| **PARHAM,** ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (Doc. No. 163) is granted and this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of December, 2005.

                       /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**